No. 14,132.

INTERNATIONAL TRUST COMPANY ET AL. *v.* PACIFIC STATES LIFE ISURANCE COMPANY ET AL.

(75 P. [2d] 1165)

Decided November 22, 1937. Rehearing denied February 7, 1938.

Judgment affirmed en banc without written opinion. Mr. Justice Hilliard dissents, but does not object to the decision without written opinion.

Messrs. PARRIOTT & CRANSTON, Mr. EDWARD L. WOOD, Mr. NORMAN W. BAKER, Mr. WINSTON S. HOWARD, Messrs. MOSKO & SLATKIN, Mr. W. E. HUTTON, Mr. J. P. NORD-LUND, Mr. L. WARD BANNISTER, Mr. STANLEY L. DREXLER, Messrs. PERSHING, NYE, BOSWORTH & DICK, Mr. NORMAN A. HUTCHINSON, Mr. HAROLD F. COLLINS, Mr. GRANT E. McGEE, Mr. HOWARD ROEPNACK, Messrs. LINDSEY & LAR-WILL, Mr. E. C. BURCK, Mr. STEPHEN R. CURTIS, Messrs. BLOUNT & SILVERSTEIN, Mr. HARRY S. SILVERSTEIN, JR., Mr. WALTER L. GRUTTER, Messrs. STONE & PORTER, for plaintiffs in error.

564

Messrs. DINES, DINES & HOLME, Mr. MILTON J. KEEGAN, for defendants in error.